# United States District Court
# Western District of North Carolina

# 3:16- MC -140

| | | |
|---|---|---|
| IN RE: | Appointment of a<br>Merit Selection Panel to<br>Consider the Reappointment<br>Of U.S Magistrate Judge **ORDER**<br>David S. Cayer | *Filed in Charlotte*<br>*August 12, 2016*<br>*US District Court*<br>*WDNC* |

This matter is before the court on its own motion to designate individuals to serve as a Merit Selection Panel for the purpose of considering the reappointment of the Honorable David S. Cayer as a United States Magistrate Judge for the United States District Court, Western District of North Carolina.

Pursuant to Chapter Five of the *"Selection, Appointment, and Reappointment of United States Magistrate Judges"* published by the Administrative Office of the U.S. Courts, revised March 2010, the court must establish a Merit Selection Panel (Panel) to assist the district judges in their determination to reappointment an incumbent magistrate judge.

The Panel, being composed of seven members, including two lay persons, is to consider and review the incumbent's performance in office as a magistrate judge and consider comments received from members of the bar and the public, and any other pertinent evidence as to the incumbent's good character, judgment, legal ability, temperament, and commitment to equal justice under the law. An interview with the incumbent, interviews with other judicial officers of the bench,

1

and interviews with other agency heads of the federal court family are considered a part of the Panel's charge.

The Panel shall, after considering all information, file its report and recommendation as to whether it recommends the incumbent for reappointment to an additional term of office with the Honorable Frank D. Whitney, Chief, U.S. District Judge. The report and recommendation shall be filed no later than November 30, 2016.

NOW, THEREFORE, IT IS HEREBY ORDERED that the following persons are appointed to the Merit Selection Panel for the United States District Court, Western District of North Carolina.

## Members Merit Panel
## For the Consideration of the Reappointment
## Of the Honorable David S.Cayer

Mr. Tom D. Efird  tandaefird@yahoo.com
1330 Covenant Drive  704-867-7433
Gastonia, N.C. 28054

Chief Damon Williams  dharding@ci.mooresville.nc.us
Mooresville Police Department  704-664-3311
750 West Iredell Ave.
Mooresville, N.C. 28115

Attorney Jack M. Knight  jknight@winston.com  Chairman
Winston & Strawn  704-350-7708
100 N. Tryon St.
29th Floor
Charlotte, NC 28202

Attorney Anne Tompkins  anne.tompkins@cwt.com
Cadwalader  704-348-5222
227 West Trade Street
Charlotte, NC 28202

Attorney Sean P. Devereux  sdevereux@dblawoffices.com
The Jackson Building  828-285-9455
22 South Park Square
Suite 1100
Asheville, N.C. 28801


Attorney Jack W. Stewart  jack@jackstewartlaw.com
P.O. Box 1920  828-253-5673
Asheville, N.C. 28802

Honorable H. Thomas Church  harthchurch@windstream.net
District Court State Judge  704-402-7367
P.O. Box 4871
Mooresville, N.C.  28117

Attorney Wyatt S. Stevens  wstevens@roberts-stevens.com
Roberts & Stevens, P.A.  828-258-6992
301 College Street
Suite 400
P.O. Box 7647
Asheville, N.C.  28802


Attorney Shirley Fulton  sfulton52@aol.com
Retired Superior Court State Judge  704-713-0169
400 S. Summit Ave.
Charlotte, N.C. 28208


Attorney Geraldine Sumter  gsumter@fergusonsumter.com
Ferguson, Chambers & Sumter  704-375-8461
309 East Morehead Street
Suite 110
Charlotte, NC  28202

Attorney Robert E. Harrington  rharrington@rbh.com
Robinson, Bradshaw & Hinson  704-377-8387
101 North Tryon Street
Charlotte, N.C.  28246


     The Merit Selection Panel shall be chaired by Attorney Jack Knight who will work with the other members of the Panel to establish rules of procedure to follow in accordance with Judicial Conference guidelines and to assure that all confidentiality requirements are met.

The Clerk of Court is directed to send to each member of the Panel a copy of this Order and a copy of the booklet *"The Selection, Appointment, and Reappointment of United States Magistrate Judges"* as revised March 2010, and other materials which may be of assistance to the Panel. The Clerk shall provide any administrative assistance to the Panel as requested.

A copy of this Order is to be served on the Magistrates Division of the Administrative Office of the U.S. Courts and the Honorable Samuel Phillips, Circuit Executive of the Fourth Circuit.

SO ORDERED THIS 2th DAY OF August, 2016.

Robert J. Conrad, Jr.,
United States District Court Judge

Richard L. Voorhees
United States District Judge

Martin Reidinger
United States District Judge

Frank D. Whitney, Chief
United States District Judge

Max O Cogburn, Jr
United States District Judge

Graham C. Mullen, Senior
United States District Judge